**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Criminal No.  12-00086** |
| ) | |
| **WILLIAM JAMES ATKINSON, III** ) | |
| ) | |
| **Defendant.** ) | |

MOTION TO TERMINATE SUPERVISED RELEASE

NOW COMES the defendant and moves the court to terminate the term of supervised release which was imposed in the above case. As grounds for this motion the defendant would show:

1. On November 30, 2012 the defendant was sentenced to two months imprisonment, fined $25,000, placed on three years of supervised release, and ordered to pay a $200 special assessment.  (Doc. 143)

2. The defendant has served the sentence of imprisonment and has paid the $25,000 fine and the special assessment. The defendant has complied with all of the terms and conditions of supervised release.

3. The defendant has successfully completed more than one year of supervised release, meeting the requirement of 18 U.S.C. Section 3583(e) for termination. Further, the defendant's background and his conduct while under supervision, as well as the interests of justice, suggest that termination of supervised release is appropriate.

WHEREFORE the defendant prays that the court will terminate the term of

supervised release and grant such other and further relief as he maybe entitled to receive the

premises considered.

_/s/___Arthur J. Madden, III
Arthur J. Madden, III
MADDA0656
Attorney for Defendant
465 Dauphin Street
Mobile, Alabama  36602
(251) 432-0380

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Sean P. Costello, Esq.
63 South Royal Street, Suite 600
Mobile, Alabama 36602

__/s/_____
Arthur J. Madden, III